UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AFFILIATED HOME CARE OF PUTNAM

                                  Plaintiff,

          - against -

COUNTY OF PUTNAM *et al.*,

                                 Defendants.

10-CV-9411 (CS)

**ORDER**

---

Seibel, J.

      The Court has reviewed *in camera* the personnel files of Janet Parrinello and Carolee Proscia Graf provided by Defendants' counsel with his letter dated March 22, 2013. The documents were reviewed for anything either remotely similar to the misconduct alleged here or that would reflect negatively on the credibility of Ms. Parrinello or Ms. Graf.

      The only document the Court has identified that arguably meets either of these criterion is an April 30, 2010 memorandum from Michael J. Piazza to Janet Parrinello indicating, without further elaboration, that a formal complaint was filed against her and referring her to Defendants' current counsel for an interview. Defendants' counsel should inform the Court by the close of business on Friday, April 5, 2013, whether this document relates to this case, and if not, to what it does relate.

**SO ORDERED.**

Dated: April 3, 2013
       White Plains, New York

                                                           _____
                                                               CATHY SEIBEL, U.S.D.J.