UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────────────────

AFFILIATED HOME CARE OF PUTNAM

                            Plaintiff,

              - against -                                    10-CV-9411 (CS)

                                                                **ORDER**
COUNTY OF PUTNAM *et al.*,

                            Defendants.

──────────────────────────────────────────

Seibel, J.

     The Court has reviewed *in camera* the personnel files of Janet Parrinello and Carolee

Proscia Graf provided by Defendants' counsel with his letter dated March 22, 2013.  The

documents were reviewed for anything either remotely similar to the misconduct alleged here or

that would reflect negatively on the credibility of Ms. Parrinello or Ms. Graf.

     The only document the Court has identified that arguably meets either of these criterion is

an April 30, 2010 memorandum from Michael J. Piazza to Janet Parrinello indicating, without

further elaboration, that a formal complaint was filed against her and referring her to Defendants'

current counsel for an interview.  Defendants' counsel should inform the Court by the close of

business on Friday, April 5, 2013, whether this document relates to this case, and if not, to what

it does relate.


**SO ORDERED.**

Dated: April 3, 2013
       White Plains, New York

                                          ───────────────────────────────
                                               CATHY SEIBEL, U.S.D.J.